

# Fourth Court of Appeals
## San Antonio, Texas

December 15, 2021

No. 04-21-00243-CV

Edythe **PRINCE** and Jared Prince,
Appellants

v.

Sharon L. **PETERS**, Individually; Sharon Peters Real Estate, Inc.; Christopher Russo,
Individually; Christopher Russo Home Inspections, PLLC; Timothy Brown; and The Agency
Austin, Inc., d/b/a The Agency San Antonio, n/k/a The Agency Texas, Inc.,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVOC-20-0000305
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

The en banc court has considered Appellants' motion for en banc reconsideration; the motion is DENIED. *See* TEX. R. APP. P. 49.5.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of December, 2021.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court